**1139  VANCE vs. BOARD OF CANVASSERS** (St. Clair), No. 13462, 95 M., 462.

To compel respondent to canvass the election returns for the office of circuit judge, as filed in the office of the county clerk, the board having assumed to re-count the votes, under Act. No. 208, Laws of 1887.

Granted April 28, 1893, on the ground that the Act does not apply to the office of circuit judge.

**1140  REILLY vs. BOARD OF CANVASSERS** (Wayne), No. 13476½.

To compel the board to re-convene and re-count votes cast for circuit judge.

Order to show cause denied April 28, 1893.

**1141  GAGE vs. BOARD OF CANVASSERS** (Saginaw), No. 13493½.

To compel the board to re-convene and re-count the votes cast for circuit judge.

Order to show cause denied April 28, 1893.

**1142  BELKNAP vs. BOARD OF CANVASSERS** (Ionia), No. 13196.

To compel the counting of certain ballots for relator, that were rejected by respondents.

Denied December 3, 1892.

Relator was a candidate for Congress, and by the Constitution of the United States, the House of Representatives is made the judge of the election returns and qualifications of its members.